**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:                                                     Case No. 25-31784-BFK

      Tarsha Lynette Harris

                                    Chapter 13

        Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

Carl M. Bates, former Chapter 13 Trustee for the period from the petition date through December 31, 2025, and Michael R. Jones, successor Chapter 13 Trustee for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

| Receipts: | |
|---|---|
| Total paid by or on behalf of the debtor | $1,050.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,050.00** |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $832.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $80.10 |
| Other | $0.00 |
| Secured Creditors | $0.00 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |
| **Total Disbursements & Expense of Administration:** | **$912.30** |

| | |
|---|---|
| **Balance Transferred to Successor Trustee** | **$137.70** |

Dated: 03/02/2026

/s/ Carl M. Bates                                        /s/ Michael R. Jones
Former Chapter 13 Standing Trustee         Successor Chapter 13 Standing Trustee
P.O. Box 1819                                          P.O. Box 1819
Richmond, VA 23218                        Richmond, VA 23218